Same case below, 363 Fed. Appx. 522.

**No. 09-10882. Gregory Lynn Harris, Petitioner v. Michael Budge, Warden.**

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6022.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 399.

**No. 09-10884. Boris J. Stogner, Petitioner v. Louisiana.**

562 U.S. 854, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6089.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 11 So. 3d 1245.

**No. 09-10886. John Rooney, Petitioner v. Georgia.**

562 U.S. 854, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6043,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 1, 690 S.E.2d 804.

**No. 09-10890. Daniel H. Govind, Petitioner v. Gary Lindsey, Warden.**

562 U.S. 855, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6432.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10891. Joe Daniel Holt, Jr., Petitioner v. Gary Hetzell, Warden, et al.**

562 U.S. 855, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 5996.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10892. Arthur Simpson, Petitioner v. Patricia L. Caruso, Director, Michigan Department of Corrections, et al.**

562 U.S. 855, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6083.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 355 Fed. Appx. 927.

**No. 09-10893. Sheila Dennis, Petitioner v. City of Aventura, Florida, et al.**

562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6318,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.